1

2

3          **UNITED STATES DISTRICT COURT**

4          **DISTRICT OF NEVADA**

5          * * *

6   MILTON EVANS,                          )
                                           )
7                    Plaintiff,            )
                                           )          2:11-cv-00496-GMN-LRL
8   v.                                     )
                                           )
9   CREDIT ONE BANK,                       )
                                           )
10                   Defendant.            )
                                           )
11  _____)

12          **REPORT & RECOMMENDATION**

13          Plaintiff submitted an Application to Proceed *In Forma Pauperis* and a Complaint pursuant to

14  42 U.S.C. § 1983 (#1) on April 4, 2011.  Upon granting his request to proceed *in forma pauperis*, this

15  court screened the Complaint pursuant to 28 U.S.C. § 1915(a).  Plaintiff set forth claims for violation

16  of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681, *et seq.*; negligent, reckless and wanton

17  conduct; invasion of privacy; defamation; and intentional misrepresentation.  The court explained that

18  it has original jurisdiction over only one of plaintiff's causes of action, his claim under the FCRA.

19  Because the complaint did not allege facts from which the court could reasonably infer that defendant

20  committed any acts in violation of the FCRA, the court dismissed the complaint without prejudice and

21  instructed plaintiff to amend the Complaint to cure the deficiencies listed by the court. Order (#2). *See*

22  *Cato v. United States,* 70 F.3d 1103, 1106 (9th Cir. 1985).  Plaintiff was warned that failure to

23  adequately amend the Complaint by than July 6, 2011 may result in dismissal.  To date, plaintiff has not

24  filed an amended complaint or any other paper.

25  . . .

26  . . .

**RECOMMENDATION**

Based on the foregoing, it is the recommendation of the undersigned United States Magistrate Judge that this case be dismissed with prejudice.

DATED this 22nd day of July, 2011.

_____

**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**

2